IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

MARK and SUSAN REYNOLDS, on behalf
of themselves and their minor children
SOPHIE and LOVEY REYNOLDS     PLAINTIFFS

v.     No. 4:21-cv-451-DPM

BLACKBERRY FARM, LLC; TEXTRON
SPECIALIZED VEHICLES d/b/a E-Z GO;
and MIKEY'S MOTORS, LLC     DEFENDANTS

THOMAS and GINGER BLACKMON, on behalf
of themselves and their minor children GRACE
and CLARK BLACKMON     PLAINTIFFS

v.     No. 4:21-cv-459-DPM

BLACKBERRY FARM, LLC; TEXTRON
SPECIALIZED VEHICLES d/b/a E-Z GO;
and MIKEY'S MOTORS, LLC     DEFENDANTS

### ORDER

A golf cart crash involving Arkansawyer families visiting a Tennessee resort has generated two lawsuits. The lawyers in each case are the same. Common questions of fact and law exist. In their Federal Rule of Civil Procedure 26(f) reports, the parties should address whether consolidation or coordination would be most useful. *See* FED. R. CIV. P. 42.

So Ordered.

*DPMarshall Jr.*
D.P. Marshall Jr.
United States District Judge

15 June 2021